Case 1:19-cr-00021-JPH-MKK   Document 167   Filed 09/03/24   Page 1 of 1 PageID #: 602

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>James Bess | )<br>)<br>) Case No: 1:19CR00021-002<br>) USM No: 16812-028<br>) |
| Date of Original Judgment: 09/10/2020<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Jacob Leon<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   276   months **is reduced to**   250 months*   .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

*82 months on each of Counts 1, 3, 5, 6, and 7, to be served concurrently, and 84 months on each of Counts 2 and 4, to be served consecutively to all other counts

Except as otherwise provided, all provisions of the judgment dated   09/10/2020   shall remain in effect.
**IT IS SO ORDERED**.

Date: 9/3/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana